**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00351-CR

**TUAN TRUNG TA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1282590**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this Court. See Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b)